

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00198-CV

**IN RE** David B.T. **MYRICK** Jr.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Jason Pulliam, Justice

Delivered and Filed:  June 3, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On April 2, 2015, relator David B.T. Myrick Jr. filed a petition for writ of mandamus complaining of the trial court's order granting a motion to transfer venue in the underlying civil action. The court has considered relator's petition for writ of mandamus, the response filed on behalf of the real party in interest and relator's reply and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 14847B, styled *Janice Moody v. Linda Moody, Elizabeth Moody, W.L. Moody V, Edna M. Archer, David B.T. Myrick, Kathryn K. Pacheco, and Haden M. Beardsley*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable M. Rex Emerson, presiding.